IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LORENA HICKEY | § |
| | § |
| VS. | § CIVIL ACTION NO.4:09-CV-280-Y |
| | § |
| MICHAEL J. ASTRUE, | § |
| Commissioner of | § |
| Social Security | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS, CONCLUSIONS, AND RECOMMENDATION

On August 2, 2010, the United States magistrate judge issued his findings, conclusions, and recommendation ("findings") in this case. In his findings, the magistrate judge recommended that the Court affirm the decision of the commissioner of the Social Security Administration denying plaintiff Lorena Hickey's claim for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, respectively.

All parties had until August 23 to file written objections to the findings. Hickey filed objections requesting that the Court reject the magistrate's findings and remand the case for an award of benefits or, alternatively, additional administrative proceedings. The commissioner did not file a response.

After carefully reviewing the findings, the record, the relevant case law, and Hickey's objections, applying a *de novo* standard of review, the Court concludes that the findings should be and are hereby ADOPTED as the findings and conclusions of the Court for the reasons stated therein.

Accordingly, the commissioner's decision is AFFIRMED.

SIGNED September 30, 2010.

_/s/ Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/bam